## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

ROBERT D. STORBERG,                                              Civil No. 11- 3627 (RHK/TNL)

        Plaintiff,                                                        **ORDER**

v.

FIRST PREMIER BANK, a South Dakota
corporation,

        Defendant.

_____

      Based upon the parties' Stipulation of Dismissal with Prejudice (Doc. No. 9) and Notice of Stipulated Dismissal (Doc. No. 10), **IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 22, 2012

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge